No. 1070, Misc. CAUSEY *v.* CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 1086, Misc. WALTREUS *v.* CALIFORNIA. District Court of Appeal of California, Second Appellate District. Certiorari denied. *Morris Lavine* for petitioner.

No. 776, Misc. BERRY *v.* UNITED STATES. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit and for other relief denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Jerome M. Feit* for the United States.

No. 96. WRIGHT ET AL. *v.* ROCKEFELLER, GOVERNOR OF NEW YORK, ET AL., *ante,* p. 52;

No. 554. POPEIL BROTHERS, INC., *v.* ZYSSET ET AL., *ante,* p. 913;

No. 687. ROEHNER *v.* ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK, *ante,* p. 909;

No. 777, Misc. HOMCHAK *v.* NEW YORK ET AL., *ante,* p. 919;

No. 784, Misc. STILTNER *v.* WASHINGTON ET AL., *ante,* p. 920;

No. 790, Misc. WALKER *v.* KONITZER ET AL., *ante,* p. 921;

No. 854, Misc. DONNELL *v.* NASH, WARDEN, *ante,* p. 924;

No. 916, Misc. SLIVA *v.* RUNDLE, CORRECTIONAL SUPERINTENDENT, *ante,* p. 927; and

No. 950, Misc. MACFADDEN *v.* ALAMEDA CITY POLICE COURT ET AL., *ante,* p. 903. Petitions for rehearing denied.